UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-13322 |
| | | CHAPTER 13 |
| MICHAEL F. BALLACHINO | | |
| ROSEANNE T. BALLACHINO | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

  Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

  The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916829 | $97.80 |

Creditor(s)
Health Alliance
Attn:  Aimee Schlake - P46
Patient Financial Services
3200 Burnet Avenue
Cincinnati, Ohio 45229

                  Respectfully submitted,

               /s/ Margaret A. Burks, Esq.
                  Margaret A. Burks, Esq.
                  Chapter 13 Trustee
                  Attorney No. OH 0030377

                  Francis J. DiCesare, Esq.
                  Staff Attorney
                  Attorney No. OH 0038798

                  Karolina F. Perr, Esq.
                  Staff Attorney
                  Attorney No. OH 0066193

                  600 Vine Street, Suite 2200
                  Cincinnati, OH 45202
                  (513) 621-4488
                  (513) 621 2643 (Facsimile)
                  mburks@cinn13.org - Correspondence only
                  fdicesare@cinn13.org
                  kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 14, 2010.

/s/  Margaret A. Burks, Esq.
Margaret A. Burks, Esq.

Health Alliance
Attn: Aimee Schlake - P46
Patient Financial Services
3200 Burnet Avenue
Cincinnati, Ohio 45229

Debtor(s) Counsel
LYNN A. LAPE, ESQ.
5451 NORTH BEND ROAD, SUITE 105B
CINCINNATI, OH  45247

Debtor(s)
MICHAEL F. BALLACHINO
ROSEANNE T. BALLACHINO
3181 WESTBOURNE
CINCINNATI, OH  45248

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

The Christ Hopsital
Patient Accounting
2139 Auburn Avenue
Cincinnati, Ohio 45219